| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

THEADRIC LEE,                                           §
                                                                      §
                    Plaintiff,                              §
                                                                      §
*versus*                                                    §        CIVIL ACTION NO. 9:25-CV-298
                                                                      §
UTMB, *et al.*,                                           §
                                                                      §
                    Defendants.                         §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Theadric Lee, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the University of Texas Medical Branch (UTMB) and Cynthia Ho.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against UTMB pursuant to 28 U.S.C. § 1915(e) because, as an agency of the State of Texas, UTMB is immune from suit.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). Plaintiff contends that his claims against UTMB

are not barred by sovereign immunity because he is seeking injunctive relief, but the Eleventh Amendment bars claims for both monetary and injunctive relief against state agencies unless the state has waived immunity. *Cozzo v. Tangipahoa Parish Council–President Gov't.*, 279 F.3d 273, 280-81 (5th Cir. 2002). Because Plaintiff has not demonstrated that the state waived immunity, the claims against UTMB are properly dismissed. Plaintiff correctly argues that dismissal is not appropriate under §1915(e) because he is not proceeding *in forma pauperis*. Instead, the claims against UTMB should be dismissed under 28 U.S.C. § 1915A, which requires all prisoner cases to be screened regardless of whether the plaintiff has paid the filing fee. After careful consideration, the court concludes the objections are without merit.

## ORDER

Accordingly, Plaintiff's objections (#11) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#9) is **ADOPTED**. Defendant UTMB is **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 24th day of April, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE